IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02114-WDM-CBS

TIMOTHY J. ULFIG, and
W.C.T.C. Partnership, LLC,

      Plaintiffs,

v.

GUARDIAN TITLE AGENCY, LLC.,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses (*doc. no. 12*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, Defendant's Amended Answer and Affirmative Defenses (*doc no. 12-2*) tendered to the court on February 28, 2007.

**DATED:**    March 1, 2007